■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUDREY CONKLIN, Appellant. [599 NYS2d 1018] —Appeal by the defendant from a judgment of the County Court, Orange County (Barry, J.), rendered August 11, 1992, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Eiber, O'Brien and Pizzuto, JJ., concur.